IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERMANE RODGERS,

       Plaintiff,                    No. 2:09-cv-0733 JFM (PC)

    vs.

HENDERSON,

       Defendant.                <u>ORDER</u>

_____/

        On July 17, 2009 and July 29, 2009, plaintiff filed requests inquiring about the status of the instant action. Plaintiff is advised that this civil rights action was closed on July 1, 2009. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 10, 2009.

                                               UNITED STATES MAGISTRATE JUDGE

001; rodg0733.58